### 27191.  BURKE *v.* THE STATE.

GUERRY, J.  No error of law is complained of, and the evidence supports the verdict.

*Judgment affirmed.  Broyles, C. J., and MacIntyre, J., concur.*
DECIDED JANUARY 16, 1939.

*D. A. Bragg, Charles G. Reynolds,* for plaintiff in error.
*G. C. Dekle Jr., solicitor,* contra.

### 27284.  DAVIS *v.* THE STATE.

GUERRY, J.  There was ample evidence to support the verdict.  The jury accepted it and the trial judge approved the verdict.  The judgment should be and is  *Affirmed.  Broyles, C. J., and MacIntyre, J., concur.*
DECIDED JANUARY 16, 1939.

*Gordon B. Gann, H. B. Moss,* for plaintiff in error.
*H. G. Vandiviere, solicitor-general,* contra.

### 27314.  HARDY *v.* THE STATE.

GUERRY, J.  The evidence amply supports the verdict.  On the question of proof of venue the case is controlled in principle by the ruling in *Williamson* v. *State,* 58 *Ga. App.* 389 (198 S. E. 552).

*Judgment affirmed.  Broyles, C. J., and MacIntyre, J., concur.*
DECIDED JANUARY 16, 1939.

*A. L. Henson,* for plaintiff in error.
*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. Walter LeCraw,* contra.